| | |
|---|---|
| SHARON L. DOUGLASS MAYO (State Bar No. 150469)<br>sharon.douglass.mayo@aporter.com<br>DANIKA B. VITTITOE (SBN 235337)<br>danika.vittitoe@aporter.com<br>VIKRAM SOHAL (State Bar No. 240251)<br>vikram.sohal@aporter.com<br>EMILIA PETERSEN (State Bar No. 253681)<br>emilia.petersen@aporter.com<br>ARNOLD & PORTER LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, California  90017-5844<br>Telephone:  (213) 243-4000<br>Facsimile:  (213) 243-4199 | JS-6<br>[doc 15, 19] |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EMI APRIL MUSIC INC., ENRIQUE IGLESIAS MUSIC, SONY/ATV HARMONY, COLGEMS-EMI MUSIC INC. AND J & H PUBLISHING COMPANY,<br><br>    Plaintiffs,<br><br>vs.<br><br>DORA ALICIA ORELLANA,<br><br>    Defendant. | Case No.  2:09-cv-06777-FMC-JCx<br><br>[~~PROPOSED~~] JUDGMENT |

LA: 576054v1

[PROPOSED] JUDGMENT

Defendant Dora Alicia Orellana ("Defendant") having failed to answer or otherwise respond to the Complaint in this action and her Default having been duly entered by the Clerk,

NOW, upon the Application of the Plaintiffs and Good Cause appearing therefor, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiffs shall have, and the Clerk is hereby ordered to enter, the following JUDGMENT against Defendant:

1.  Damages in the sum of $3,000.00 for each count of copyright infringement, for a total of $12,000.00;

2.  An injunction restraining Defendant and her respective agents, servants, employees, attorneys, and those persons or entities in active participation and concert with her, from publicly performing, or causing or permitting to be publicly performed, in her business establishment known as Norah's Place, located at 5667 Lankershim Blvd., in North Hollywood, in the State of California, or in any other place owned, controlled or operated by Defendant, any copyrighted musical composition owned by Plaintiffs and any copyrighted musical composition in the repertory of Plaintiffs' performing rights licensing organization, the American Society of Composers, Authors and Publishers ("ASCAP"), without first obtaining proper authorization to do so;

3.  Attorneys' fees in the amount of $5,412.30;

4.  Costs of this action; and

5.  Interest as permitted by 28 U.S.C. section 1961.

Dated: February 1, 2010

John F. Walter /s/
UNITED STATES DISTRICT JUDGE